JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961    Fax: (510) 238-6500
cevose@oaklandcityattorney.org
X03361/578518

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. PROUDFOOT AND MICHELLE MILLIORN<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND AND COUNTY OF ALAMEDA, ET AL.<br><br>Defendants. | Case No. C09-01492 WHA<br><br>STIPULATION TO CONTINUE DATE TO FILE RESPONSIVE PLEADING |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the date for Defendants City of Oakland and Alameda County to file responsive pleadings in this case from June 10, 2009 to June 30, 2009.

The reason for this stipulation is the parties are currently negotiating on the filing of a First Amended Complaint in this matter in order to avoid defendants filing a Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6).

```
 1  DATED: JUNE 10, 2009
 2
 3                              JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Assistant City Attorney
 4                              JAMES F. HODGKINS, Supervising Trial Attorney
                                CHARLES E. VOSE, Senior Deputy City Attorney
 5
 6                        By:   _____/s/_____
                                Attorneys for Defendant
 7                              CITY OF OAKLAND
 8  DATED: JUNE 10, 2009
 9
10                              DAVID J. BEAUVAIS, ESQ.
11
12                        By:   _____/s/_____
                                Attorney for Plaintiffs
13                              EDWARD PROUDFOOT and
                                MICHELLE MILLIORN
14
15  DATED: JUNE 10, 2009
16                              RANDY ANDRADA, ESQ.
                                ANDRADA & ASSOCIATES
17
18
19                        By:   _____/s/_____
                                Attorney for Defendant
20                              ALAMEDA COUNTY
21
22
23
24
25
26
```

DATED: JUNE 10, 2009

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND

DATED: JUNE 10, 2009

DAVID J. BEAUVAIS, ESQ.

By: _____[signature]_____
Attorney for Plaintiffs
EDWARD PROUDFOOT and
MICHELLE MILLIORN

DATED: JUNE 10, 2009

RANDY ANDRADA, ESQ.
ANDRADA & ASSOCIATES

By: _____/s/_____
Attorney for Defendant
ALAMEDA COUNTY

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for Defendants City of Oakland and Alameda County to file responsive pleadings in this case is continued from June 10, 2009 to June 30, 2009.

IT IS SO ORDERED.

Dated: June 11, 2009

*IT IS SO ORDERED*
*/s/ William Alsup*
*Judge William Alsup*

WILLIAM H. ALSUP
United States District Court Judge