JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961     Fax: (510) 238-6500
cevose@oaklandcityattorney.org
X03361/583136

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. PROUDFOOT AND MICHELLE MILLIORN<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND AND COUNTY OF ALAMEDA, ET AL.<br><br>Defendants. | Case No. C09-01492 WHA<br><br>**STIPULATION AND ORDER TO CONTINUE DATE TO FILE RESPONSIVE PLEADING** |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the date for Defendants City of Oakland and Alameda County to file responsive pleadings in this case from June 30, 2009 to July 7, 2009.

The reason for this stipulation is the parties are currently negotiating on the filing of a First Amended Complaint in this matter in order to avoid defendants filing a Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6). The parties had previously stipulated to a

continuance of this date and continue to negotiate on the possible filing of an amended complaint in order to avoid defendants filing a Motion to Dismiss.

DATED: JUNE 26, 2009

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND

DATED: JUNE 26, 2009

DAVID J. BEAUVAIS, ESQ.

By: _____/s/_____
Attorney for Plaintiffs
EDWARD PROUDFOOT and
MICHELLE MILLIORN

DATED: JUNE 26, 2009

RANDY ANDRADA, ESQ.
ANDRADA & ASSOCIATES

By: _____/s/_____
Attorney for Defendant
ALAMEDA COUNTY

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for Defendants City of Oakland and Alameda County to file responsive pleadings in this case is continued from June 30, 2009 to July 7, 2009.

IT IS SO ORDERED.

Dated: June 30, 2009

_____
WILLIAM ALSUP
U.S. District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*