IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. PROUDFOOT and MICHELLE MILLIORN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants.<br>_____ / | No. C 09-01492 WHA<br><br>**ORDER REGARDING REQUEST TO EXTEND DEADLINES** |

     The Court is in receipt of the parties' request to extend various deadlines in this case due the death of plaintiff Edward Proudfoot. There has been no scheduling order in this case; the case management conference is scheduled for July 16, 2009. The schedule will be discussed comprehensively at the July 16 case management conference.

     **IT IS SO ORDERED.**

Dated: July 10, 2009.

                                                      WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE