```
 1  JOHN A. RUSSO, City Attorney – SBN 129729
    RANDOLPH W. HALL, Assistant City Atty. – SBN 080142
 2  JAMES F. HODGKINS, Supervising Trial Atty. – SBN 142561
    CHARLES E. VOSE, Senior Deputy City Atty. – SBN 139700
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California  94612
 4  Telephone:  (510) 238-2961     Fax:  (510) 238-6500
    cevose@oaklandcityattorney.org
 5  X03361/591505

 6  Attorneys for Defendant
    CITY OF OAKLAND
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. PROUDFOOT and MICHELLE MILLIORN,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF OAKLAND, COUNTY OF ALAMEDA, ET AL.<br><br>          Defendants. | Case No.  C09-01492 WHA<br><br>STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RESPONSIVE PLEADING FROM CITY OF OAKLAND |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the date for Defendant City of Oakland to file a responsive pleading in this case from August 31, 2009 to September 21, 2009.

The reason for this stipulation is the parties are currently negotiating on the filing of a Second Amended Complaint in this matter in order to avoid defendant filing a second Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6).

DATED: AUGUST 25, 2009

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND

DATED: AUGUST 25, 2009

KATE WELLS, ESQ.

By: _____/s/_____
Attorney for Plaintiffs
MICHELLE MILLIORN and EDWARD J. PROUDFOOT

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for Defendant City of Oakland to file a responsive pleading in this case is continued from August 31, 2009 to September 21, 2009.

IT IS SO ORDERED.

Dated: August 26, 2009.

WILLIAM H. ALSUP
United States District Judge

*APPROVED — Judge William Alsup*