1 | JOHN A. RUSSO, City Attorney – SBN 129729
   | RANDOLPH W. HALL, Assistant City Atty. – SBN 080142
2 | JAMES F. HODGKINS, Supervising Trial Atty. – SBN 142561
   | CHARLES E. VOSE, Senior Deputy City Atty. – SBN 139700
3 | One Frank H. Ogawa Plaza, 6th Floor
   | Oakland, California 94612
4 | Telephone: (510) 238-2961   Fax: (510) 238-6500
   | cevose@oaklandcityattorney.org
5 | X03361/595516

6 | Attorneys for Defendant
   | CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD J. PROUDFOOT and MICHELLE MILLIORN, | Case No. C09-01492 WHA |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RESPONSIVE PLEADING FROM CITY OF OAKLAND |
| v. | |
| CITY OF OAKLAND, COUNTY OF ALAMEDA, ET AL. | |
| Defendants. | |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the date for Defendant City of Oakland to file a responsive pleading in this case from September 21, 2009 to September 28, 2009.

The reason for this stipulation is the parties have negotiated and reached agreement regarding certain pleading issues in the First Amended Complaint in this matter and have avoided the need for Defendant City of Oakland to file a second Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6). Defendant City of Oakland will file an

- 2 -

1  answer to the First Amended Complaint on or before the September 28, 2009 deadline.

2  DATED: SEPTEMBER 17, 2009

3    JOHN A. RUSSO, City Attorney
     RANDOLPH W. HALL, Assistant City Attorney
4    JAMES F. HODGKINS, Supervising Trial Attorney
     CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND

9  DATED: SEPTEMBER 17, 2009

10    DAVID BEAUVAIS, ESQ.

By: _____/s/_____
Attorney for Plaintiffs
MICHELLE MILLIORN and EDWARD J. PROUDFOOT

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for Defendant City of Oakland to file a responsive pleading in this case is continued from September 21, 2009 to September 28, 2009.

IT IS SO ORDERED.

Dated: September 21, 2009



STIPULATION AND ORDER

- 3 -

C-09-01492 WHA