IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. PROUDFOOT and MICHELLE MILLIORN,<br><br>          Plaintiffs,<br><br>   v.<br><br>CITY OF OAKLAND, et al.,<br><br>          Defendants.<br>                                                              / | No. C 09-01492 WHA<br><br>**ORDER REGARDING NOTICE OF DISMISSAL OF ACTION** |

In this action under 42 U.S.C. 1983, defendants answered the amended complaint in September 2009. On March 16, 2010, plaintiff filed a notice to dismiss this action in its entirety against all defendants. Subject to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order after the opposing parties serve an answer only if a stipulation of dismissal is signed by all parties who have appeared. By **NOON ON FRIDAY, MARCH 26, 2010**, the parties shall please file a stipulation of dismissal or defendants shall file a written statement explaining the reasons why they oppose dismissal.

**IT IS SO ORDERED.**

Dated: March 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE