1  JOHN A. RUSSO, City Attorney – SBN 129729
   RANDOLPH W. HALL, Assistant City Atty. – SBN 080142
2  JAMES F. HODGKINS, Supervising Trial Atty. – SBN 142561
   CHARLES E. VOSE, Senior Deputy City Atty. – SBN 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone:  (510) 238-2961      Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  X03361/646574

6  Attorneys for Defendants
   CITY OF OAKLAND, K. RAZMILOVIC, M. MCGIFFERT,
7  A. JONES, J. SAUNDERS, J. RUIZ, I. BONIFACIO,
   C. BURCH, SGT. C. SASONE, LT. D. LOZARES
8

9                    UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12
   EDWARD J. PROUDFOOT and MICHELLE     |  Case No.  C09-01492 WHA
13 MILLIORN,                            |
                                        |
14              Plaintiffs,             |  **STIPULATION AND ORDER RE**
                                        |  **DISMISSAL OF ENTIRE ACTION**
15       v.                             |
                                        |
16 CITY OF OAKLAND, COUNTY OF           |
   ALAMEDA, ET AL.                      |
17                                      |
                                        |
18              Defendants.             |
19

20
21       The parties to the above captioned litigation hereby stipulate, by and through their
22 undersigned counsel of record, to the dismissal of the action as proposed by Plaintiffs in
23 their March 16, 2010 filing with the Court.
24 ///
25 ///
26 ///

```
 1 | DATED: MARCH 23, 2010
 2 |                              JOHN A. RUSSO, City Attorney
   |                              RANDOLPH W. HALL, Assistant City Attorney
 3 |                              JAMES F. HODGKINS, Supervising Trial Attorney
   |                              CHARLES E. VOSE, Senior Deputy City Attorney
 4 |
 5 |
   |                      By:                    /s/
 6 |                              Attorneys for Defendants CITY OF OAKLAND and
   |                              Officers K. RAZMILOVIC, M. MCGIFFERT, A. JONES,
 7 |                              J. SAUNDERS, J. RUIZ, I. BONIFACIO, C. BURCH,
   |                              SGT. C. SASONE, and LT. D. LOZARES
 8 |
 9 | DATED: MARCH 23, 2009
10 |                              DAVID BEAUVAIS, ESQ.
11 |
12 |
   |                      By:                    /s/
13 |                              Attorney for Plaintiffs
   |                              MICHELLE MILLIORN and EDWARD J. PROUDFOOT
14 |
15 |
   | DATED: MARCH 23, 2010
16 |
   |                              J. RANDALL ANDRADA, ESQ.
17 |
18 |
   |                      By:                    /s/
19 |                              Attorneys for Defendants COUNTY OF ALAMEDA,
   |                              MICHAEL A. GALLARDO, DETECTIVE BLANCHARD,
20 |                              DETECTIVE SMYTH, and DEPUTY LUCKETT
21 |
22 |
23 |
24 |
25 |
26 |
```

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that pursuant to F.R.C.P. Rule 41(a)(1) this action shall be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: March 25, 2010.



WILLIAM ALSUP
United States District Judge